UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 02734**

_____PETER LINDNER,_____
_____PLAINTIFF____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

___ Civ. _____ (__)(__)

-against-

7 Defendants: 1) Levine & Blit, (ET.AL)
2) KDW  3) SKADDEN ARPS  4) AMERICAN EXPRESS
5) KLF  6) HBD  7) PRICE WATERHOUSE COOPERS

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

* ALL DEFENDANTS "ET. AL" FOR
LAWYERS/PARALEGALS WORKING ON OTS

I, _____PETER LINDNER_____, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    UNEMPLOYED  SINCE  FEB 2012

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment  2/1/2011  FROM KTL
    b) state your earnings per month   $1,400  in UNEMPLOYMENT
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
    YES   $10,000  FROM MOM FOR LATE MORTGAGE
          $40,000  SETTLEMENT OF KTG LAYOFF SUMMER 2011

    a) Are you receiving any public benefits?       ☐ No.   ☑ Yes, $ 1,400 UNEMPLOYED
    b) Do you receive any income from any other source?  ☑ No.   ☐ Yes, $ _____.

Rev. 05/2007                                     *1*

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $ 5,000 . (APPROX)

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.   ☒ Yes, $ CONDO $750,000 WITH $300,000 MORTGAGES     IRA (ABOUT) $80,000 .

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☒ Yes, $3,000 .

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special financial circumstances which the Court should consider.

THE UNDERLYING EEOC CASES STOPPED ME FROM JOBS FOR A PERIOD OF SEVERAL TIMES FROM 2005 TO NOW.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __April__, __2012__
           date              month         year

_____
Signature