```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 24, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Peter Lindner,

           Plaintiff/Petitioner(s),

-against-

Levine & Blitt, Matt Blitt, Esq., et al,

           Defendant/Respondent(s).

-------------------------------------------------------X

ORDER GRANTING IFP APPLICATION

12 Civ. 2734 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                                */s/ Loretta A. Preska*
                                              LORETTA A. PRESKA
                                         Chief United States District Judge

Dated: April 24, 2012
         New York, New York